# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-2139 |
| | § | |
| LONE STAR LEGAL AIDE, ET AL. | § | |
| | § | |
| *Defendant*. | § | |

## Order

The jury trial in this matter is set to begin Monday, March 1, 2021 at 1:00 p.m. in Courtroom 9D, 515 Rusk, Houston, Texas. The final pretrial conference will be held at 10:00 a.m. on this same date. The joint pretrial order and all other required trial materials (*See* Judge Miller's court procedures available at www.txs.uscourts.gov) are due no later than close of business Tuesday, February 16, 2021. All objections to the parties' exhibits and/or witnesses are due no later than close of business on Monday, February 22, 2021.

The parties are ORDERED to attend mediation at least twenty days prior to trial and shall submit a status report to the court regarding that mediation.

Signed at Houston, Texas on December 7, 2020.

_____
Gray H. Miller
Senior United States District Judge