UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY, <br> *Plaintiff*, <br><br> v. <br><br> LONE STAR LEGAL AID; <br> BANCORPSOUTH BANK; and BXS <br> INSURANCE, INC., <br> *Defendants*, <br><br> and <br><br> AIG SPECIALTY INSURANCE COMPANY, <br> *Intervenor*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-2139 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff AmGUARD Insurance Company ("AmGUARD"), Defendants Lone Star Legal Aid and BXS Insurance, Inc. ("Defendants"), and AIG Specialty Insurance Company ("AIG") file the following Joint Motion to Dismiss with Prejudice.

AmGUARD, Defendants, and AIG have settled the claims and causes of action asserted against each other in this lawsuit. Accordingly, the Parties jointly request that the Court enter the attached Agreed Order of Dismissal with Prejudice, dismissing with prejudice all claims that AmGUARD asserted against Defendants, all claims Defendants asserted against Plaintiff, and all claims AIG asserted against AmGUARD. The Parties further request that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant their Joint Motion, dismiss with prejudice all claims that AmGUARD asserted against Defendants, dismiss with prejudice all claims Defendants asserted against Plaintiff, dismiss with prejudice all claims AIG asserted against AmGUARD, enter the Agreed Order of Dismissal with

Prejudice submitted herewith, and order that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

DATED: December 1, 2021                Respectfully submitted,

/s/ Daniel Durell
Susan A. Kidwell (Attorney-in-Charge)
State Bar No. 24032626
John K. Schwartz
State Bar No. 17865325
Daniel Durell
State Bar No. 24078450
**LOCKE LORD LLP**
600 Congress Ave., Suite 2200
Austin, TX 78701
Ph: (512) 305-4700
Fax: (512) 305-4800
skidwell@lockelord.com
jschwartz@lockelord.com
daniel.durell@lockelord.com

**ATTORNEYS FOR PLAINTIFF
AMGUARD INSURANCE COMPANY**

/s/ Robert S. Harrell
Robert S. Harrell (Attorney-in-Charge)
State Bar No. 09041350
Jon C. Rice
State Bar No. 00786194
Christopher C. Watts
State Bar No. 24088611
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Ph: 713-238-3000
Fax: 713-238-4888
rharrell@mayerbrown.com
jrice@mayerbrown.com
cwatts@mayerbrown.com

**ATTORNEYS FOR DEFENDANTS
BANCORPSOUTH BANK,
BXS INSURANCE, INC., AND
INTERVENOR AIG SPECIALTY
INSURANCE COMPANY**

>*/s/ Richard Tomlinson*
>Richard Tomlinson
>State Bar No. 20123500
>LONE STAR LEGAL AID
>P.O. Box 398
>Houston, Texas 77001-0398
>Telephone: (713) 652-0077, ext. 1154
>Facsimile: (713) 652-3814
>
>**COUNSEL FOR DEFENDANT**
>**LONE STAR LEGAL AID**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been duly served on all counsel of record via electronic filing on December 1, 2021.

>*/s/ Daniel Durell*
>Daniel Durell