United States District Court
Southern District of Texas
**ENTERED**
December 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| LONE STAR LEGAL AID; | § | CIVIL ACTION NO. 4:18-CV-2139 |
| BANCORPSOUTH BANK; and BXS | § | |
| INSURANCE, INC., | § | |
| *Defendants*, | § | |
| | § | |
| and | § | |
| | § | |
| AIG SPECIALTY INSURANCE COMPANY, | § | |
| *Intervenor*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Motion to Dismiss with Prejudice (the "Joint Motion") filed by Plaintiff AmGUARD Insurance Company ("AmGUARD"), Defendants Lone Star Legal Aid and BXS Insurance, Inc. ("Defendants"), and AIG Specialty Insurance Company ("AIG"), finds that the Joint Motion should be, and hereby is, in all things, **GRANTED**. It is therefore:

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims AmGUARD asserted against Defendants are hereby **DISMISSED WITH PREJUDICE**;

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims Defendants asserted against AmGUARD are hereby **DISMISSED WITH PREJUDICE**;

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims AIG asserted against AmGUARD are hereby **DISMISSED WITH PREJUDICE**; and it is further

1

**ORDERED**, **ADJUDGED**, **AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

It is so ORDERED.

Signed at Houston, Texas on   December 3  , 2021.

          Gray H. Miller
        United States District Judge

92200161v.1